**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 02-30129
Summary Calendar

RONALD BAUMAN,

Plaintiff-Appellant,

VERSUS

TENET HEALTH SYSTEMS HOSPITALS, INC.
d/b/a MEADOWCREST HOSPITAL,

Defendant-Appellee.

Appeal from the United States District Court
For the Eastern District of Louisiana
00-CV-1176

October 11, 2002

Before DAVIS, WIENER and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Essentially for reasons stated by the district court in its January 11, 2002 Order and Reasons, we affirm the district court's judgment.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.